FID 11713789

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA ,

Case No:  **2:24−CR−00257−DJC**

v.

**MATTHEW ROBERT ALLISON ,**

> **FILED**
> **Mar 13, 2025**
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

# WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   **Matthew Robert Allison**

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**Conspiracy**

in violation of Title ___**18**___    United States Code, Section(s) ___**371**___

| J. Donati | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | **9/5/24**          **Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**          by   **Magistrate Judge Carolyn K. Delaney**

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant _____

| 9/5/24 | Alan Yao, SDUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 9/6/24 | ARRESTED BY FBI /DISTRICT OF IDAHO |
| Date of Arrest | Signature of Arresting Officer |



