ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

      United States Attorney's Office
      501 I Street, Suite 10-100
      Sacramento, CA. 95814
      Telephone:  (916) 554-2700

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel
SAMUEL KUHN
Trial Attorney

      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530
      Telephone:  (202) 514-3847

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530
      Telephone:  (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00257-DC |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| DALLAS ERIN HUMBER MATTHEW ROBERT ALLISON, Defendants. | |

DESIGNATION OF COUNSEL

1

The United States of America, through the undersigned counsel, respectfully requests that Jacob Warren, Trial Attorney with the Counterterrorism Section of DOJ's National Security Division, be removed as co-counsel of record for the government in the above-captioned case and be removed from the service list of actions because he is no longer counsel of record in this matter.

Dated: September 22, 2025

| | | |
|---|---|---|
| ERIC GRANT<br>United States Attorney<br>Eastern District of California | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | JOHN A. EISENBERG<br>Assistant Attorney General<br>National Security Division |
| /s/ *Robert Abendroth*<br>ROBERT ABENDROTH<br>Assistant U.S. Attorney | /s/ *Christopher J. Perras*<br>CHRISTOPHER J. PERRAS<br>Special Litigation Counsel<br>SAMUEL A. KUHN<br>Trial Attorney | /s/ *Patrick Cashman*<br>PATRICK CASHMAN<br>Trial Attorney |

DESIGNATION OF COUNSEL

2