# EXHIBIT A

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **SACRAMENTO**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **JASON JAMES GANT**
DOB: [redacted]
XREF: [redacted]

AKA:
CII NO.: [redacted]
BOOKING NO.:

☐ NOT PRESENT

10F00756 -A
08F06956 -B
-C
-D

FILED/ENDORSED
APR 13 2010
SACRAMENTO SUPERIOR COURT
BY: [signature]

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT
☐ AMENDED ABSTRACT

DATE OF HEARING: 04/05/10
DEPT. NO.: 61
JUDGE: M. KOLLER
CLERK: P. SLEDGE
REPORTER: M. MCDOLE, 8552
PROBATION NO. OR PROBATION OFFICER: D. WRIGHT
☐ IMMEDIATE SENTENCING
COUNSEL FOR PEOPLE: M. CHISHOLM, DDA
COUNSEL FOR DEFENDANT: A. MENDEZ, PD    ☒ APPTD.

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   __ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1(A) | PC | 311.11(a) | POSSESS OBSCENE MATTER DEPICTING PERSON UNDER 14 | 2010 | 03/08/10 | | X | | L | | | | | | | 1 | 4 |
| 1(B) | PC | 459** | BURGLARY 2ND DEGREE | 2008 | 10/29/08 | | X | | L | X | | | | | | (1 | 4) |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

4. ☐ Deft. sentenced per: ☐ PC 667(b)-(i) or PC 1170.12 (two strikes)   ☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. (Paper Commitment.) Deft. ordered to report to local Parole Office upon release.

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: [  ]

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: 1 | 4

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2007)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE

Penal Code,
§§ 1213, 1213.5

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT: JASON JAMES GANT | | | | | | |
| 10F00756 | -A | 08F06956 | -B | | -C | -D |

9. **FINANCIAL OBLIGATIONS** (plus any applicable penalty assessments):

a. <u>Restitution Fine(s)</u>:

Case A: $ __200.00__ per PC 1202.4(b) forthwith per PC 2085.5;   $__200.00__ per PC 1202.45 suspended unless parole is revoked.
         $ per PC 1202.44 is now due, probation having been revoked.

Case B: $ __200.00__ per PC 1202.4(b) forthwith per PC 2085.5;   $__200.00__ per PC 1202.45 suspended unless parole is revoked.
         $ per PC 1202.44 is now due, probation having been revoked.

Case C: $ per PC 1202.4(b) forthwith per PC 2085.5;   $ per PC 1202.45 suspended unless parole is revoked.
         $ per PC 1202.44 is now due, probation having been revoked.

Case D: $ per PC 1202.4(b) forthwith per PC 2085.5;   $ per PC 1202.45 suspended unless parole is revoked.
         $ per PC 1202.44 is now due, probation having been revoked.

b. <u>Restitution per PC 1202.4(f)</u>:

Case A: $ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case B: $ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case C: $ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case D: $ ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund

☐ * Victim name(s), if known, and amount breakdown in item 11, below.  ☐ * Victim names(s) in probation officer's report.

c. <u>Fine(s)</u>:

Case A: $ per PC 1202.5. $ per VC 23550 or  days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
        ☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $___ Drug Program Fee per HS 11372.7(a)   for each qualifying offense.

Case B: $ per PC 1202.5. $ per VC 23550 or  days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
        ☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $___ Drug Program Fee per HS 11372.7(a)   for each qualifying offense.

Case C: $ per PC 1202.5. $ per VC 23550 or  days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
        ☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $___ Drug Program Fee per HS 11372.7(a)   for each qualifying offense.

Case D: $ per PC 1202.5. $ per VC 23550 or  days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
        ☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $___ Drug Program Fee per HS 11372.7(a)   for each qualifying offense.

d. <u>Court Security Fee</u>: $ __30.00(A)__ per PC 1465.8.

10. TESTING  a. ☐ Compliance with PC 296 verified  b. ☒ DNA per PC 296  c. ☐ AIDS per PC 1202.1  d. ☐ other *(specify)*:

11. Other orders *(specify)*:
    **(A) DEFT ORD TO REG AS SEX OFFENDER PURS 290 PC. DEFT ORD TO PAY $30.00 CFF. DEFT ADVISED RE 12021 PC.**

12. **IMMEDIATE SENTENCE**:

☐ Probation to prepare and submit
Post-sentence report to CDCR per PC 1203c.

Defendant's race/national origin:

13. **EXECUTION OF SENTENCE IMPOSED**:

  a. ☒ at initial sentencing hearing.  **(A)**
  b. ☐ at resentencing per decision on appeal.
  c. ☒ after revocation of probation.  **(B)**
  d. ☐ at resentencing per recall of commitment. (PC1170(d).)
  e. ☐ other *(specify)*:

14. **CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 91 | 61 | 30 | ☒ 4019 ☐ 2933.1 |
| B | 361 | 61+270 SENT | 30 | ☒ 4019 ☐ 2933.1 |
| C | | | | ☐ 4019 ☐ 2933.1 |
| D | | | | ☐ 4019 ☐ 2933.1 |

| Date Sentence Pronounced: | Time Served in State Institution: | | |
|---|---|---|---|
| | DMH | CDCR | CRC |
| 04/05/10 | [ ☐ ] | [ ☐ ] | [ ☐ ] |

15. The defendant is remanded to the custody of the sheriff  ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
                        ☒ other *(specify)*: __DVI__

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| L. MENTESSI *(signature)* | 04/12/10 |

CR-290 (Rev. January 1, 2007)   **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**   Page 2 of 2

Case 2:24-cr-00257-DC   Document 89-1   Filed 11/26/25   Page 4 of 4

**SUPERIOR COURT OF CALIFORNIA**

FILED ENDORSED
FEB - 5 2010
SACRAMENTO SUPERIOR COURT

PEOPLE OF THE STATE OF CALIFORNIA

VS.

**JASON GANT**

DOB: ▓▓▓▓   DEFENDANT

XREF: 4167244
DEPARTMENT: 61

**PETITION FOR VIOLATION OF PROBATION**

COURT NO.: 08F06956

You are ordered to appear in **Department 61 at 1:30 PM on February 8, 2010**, for arraignment on this Petition. Failure to appear will result in a Bench Warrant being issued for your arrest.

**TO THE HONORABLE MARJORIE KOLLER, JUDGE OF THE SUPERIOR COURT**

I, TIMOTHY LOTT, a Deputy Probation Officer for the County of Sacramento, State of California, hereby inform the Court that the above named defendant was granted five (5) years probation with conditions by this Court on the date of February 2, 2009 upon conviction of violation of Section 459 and 470B of the Penal Code and a violation of section 2800.2(A) of the Vehicle Code.

**Thereafter, while probation was in full force and effect, said defendant violated the order of probation in that:**

**Count I.** On or about February 4, 2010, the defendant was arrested for a violation of Section(s) 311.11(a) of the Penal Code, Sacramento County Sheriff's Department Report #10-7382.

**Therefore, it is recommended that this Court find said defendant in violation of the conditions of his probation.**

**SUMMARY OF VIOLATION**

On February 02, 2009, defendant was granted five (5) years formal probation for a violation of sections 459 and 470(B) of the Penal Code and section 2800.2 of the Vehicle Code (Docket 08F06956).

On February 04, 2010 Detectives from the Sacramento Valley Hi Tech Crimes Task Force executed a Search Warrant at 9135 Bungalow Way Elk Grove, CA 95758. Through an investigation it was discovered that someone at that address was trading images that depicted children engaged in sexual acts.

After the search warrant was served Gant was identified as the suspect. This address is the defendant's reported address. He was arrested for a violation of section 311.11(a) of the Penal Code and transported to the Sacramento County Main Jail (SSD Report 10-7382).

_____
TIMOTHY LOTT
DEPUTY PROBATION OFFICER

_____
STEVEN MCKEE
SUPERVISING PROBATION OFFICER

**CERTIFICATE OF SERVICE BY MAIL**

I hereby certify that I served the foregoing Petition by mailing a copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, on the date of February 4, 2010, and addressed to:

DEFENDANT TO BE SERVED AT TIME OF ARRAIGNMENT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2010     Name and Title of Server: **TIMOTHY LOTT, DPO**

☒ Defendant in Custody and Jail notified     ☐ Defendant not in Custody

TL/l