# EXHIBIT B

## SUPERIOR COURT OF JUSTICE
## (Toronto Region)

B E T W E E N:

### HIS MAJESTY THE KING

– and –

### MATTHEW ALTHORPE

---

### AGREED STATEMENT OF FACTS
### FOR GUILTY PLEA AND SENTENCING

---

Matthew Althorpe admits the following facts pursuant to s. 655 and 725(b.1) of the *Criminal Code*, including the explanatory footnotes:

# A. OVERVIEW OF THE INVESTIGATION

1.      In June 2022, the RCMP's Greater Toronto Area Southwest Integrated National Security Enforcement Team (GTA INSET) commenced an investigation into Ideologically Motivated Violent Extremism (IMVE) activities involving Ontario residents Matthew Althorpe, Kristoffer Nippak, and their associates. This investigation was known as Project Sepia.

2.      Initially, the investigation focused on their associations with the neo-Nazi militant accelerationist group, Atomwaffen Division (AWD), and on the creation of three AWD propaganda and recruitment videos. Mr. Althorpe participated in the filming, editing, and publication of these videos on the social media messaging service, Telegram.

3.      Mr. Althorpe was also instrumental in creating three influential publications on behalf of Terrorgram, a network of Telegram channels promoting militant accelerationism, and publishing them to a wide audience on Telegram. Mr. Althorpe branded each of them as "a Terrorgram publication". The three documents were *Militant Accelerationism* (released June 16, 2021), *Do It For the 'Gram* (released December 18, 2021) and *The Hard Reset* (released July 14, 2022). Each advocated violence, including the sabotage of critical infrastructure, the murder of police officers, high-profile assassinations, and mass casualty attacks. Each provided tactical guidance as well. The publications also contained references to AWD.

1

4.      On June 30, 2023, GTA INSET executed search warrants at five residences, including those of Mr. Althorpe and Mr. Nippak. Investigators seized clothing, books, patches, and flags that demonstrate Mr. Althorpe's and his associates' Nazi and fascist ideological beliefs. They seized multiple firearms and 53 electronic devices. The electronic devices contained raw footage from at least one of the AWD videos, showing Mr. Althorpe's participation in it. The devices also contained early drafts of *Militant Accelerationism*, *Do it for the 'Gram*, and *The Hard Reset*, as well as notes and communications showing that Mr. Althorpe was directly involved in writing, producing, and publishing them.

5.      On December 6, 2023, Mr. Althorpe was arrested and charged with eight terrorism offences.

# B. ATOMWAFFEN DIVISION AND THE TERRORGRAM COLLECTIVE ARE TERRORIST GROUPS

## 1. Overview of Militant Accelerationism

6.      Militant accelerationism is an inherently violent ideology centred on the belief that western society and liberal democratic systems of government are irreparably decadent, corrupt, and on the verge of collapse. Militant accelerationists believe there is no political solution, and they aim to accelerate societal collapse through acts of terrorism that are intended to provoke a race war. Their goal is to replace society with a white ethnostate.

7.      Between July 2011 and August 2024, approximately 275 individuals have been killed and 478 injured in terrorist attacks associated with militant accelerationism, with a total of 436 criminal incidents associated with known militant accelerationist entities around the world.

8.      Approximately 125 groups and networks identify as militant accelerationist. Many of these networks and groups have been officially designated as terrorist organizations by various governments, including the two in which Mr. Althorpe was involved: Terrorgram and AWD.

9.      Since at least 2018, Mr. Althorpe has been a leading proponent of militant accelerationism both online and in real life.[1]

10.     The expert report of Matthew Kriner, Managing Director of the Accelerationism Research Consortium, is admitted and attached as **Appendix A** to this Agreed Statement of Facts.

---

[1] "In real life" is often abbreviated online as "IRL".

## 2.  Mr. Althorpe was a leader in Terrorgram, a terrorist group

11.     From 2018 through to July 2022, Mr. Althorpe was one of the leaders of Terrorgram, also known as the Terrorgram Collective and the Terrorgram Network.

12.     Terrorgram is a network of channels on the social media app Telegram. The network creates and shares militant accelerationist and other IMVE propaganda.

13.     Mr. Althorpe administered several Telegram channels that formed part of the Terrorgram network. One of the channels, Terrorwave Refined, served as a central hub on Terrorgram for accelerationist posts and was also a repository for videos produced by AWD. He also administered Terrorwave Revived, Terrorwave Redacted, and Terrorwave Refined Archive 3.

14.     As an administrator of these Telegram channels, Mr. Althorpe had the ability to post and repost content, to moderate all content, and to control channel functions. He had passwords for the channels on his hard drives, and he was in control of "bots" for those channels. Bots are automated programs that perform tasks and interact with users within the Telegram application. Mr. Althorpe scheduled posts and designed content for the channel. Mr. Althorpe had given others authority to post content to the channels.

15.     On Terrorgram, Mr. Althorpe used the usernames "TWR", "HATE", "HATE (Extremely Hydrated)", "I.N.T.O.L.E.R.A.N.C.E.", and "[REDACTED]".

16.     A September 12, 2019 post on Terrorwave Refined read, "To newcomers… This channel exists to display accelerationist/Terrorwave aesthetics and help the reader learn that there is no political solution."

17.     On November 13, 2019, a post on Terrorwave Refined acknowledged the growth of the channel: "it appears under the influence of this channel and its content, more of you are forming your own local orgs. I'm ecstatic to see this, it's the purpose of this channel… Open your Heart to Terror; and Stay Tuned, Shooters.":

18.     Mr. Althorpe created and posted a similar message to Terrorwave Refined on August 3, 2019, containing a highly edited image of a photograph that he took, using his phone, overlayed with the words "OPEN YOUR HEART TO TERROR" and "TERRORWAVE REFINED":

3



19.    The following pictures show the original photograph, a screenshot taken from Mr. Althorpe's computer showing the editing of the photograph, and the various edits before the final version that was posted to Terrorwave Refined.



20.    The following text was posted together with the photograph:

1600 Subscribers

4

"Those who can't stand the sight of blood, especially their own, should stay home and pray for those who come outside the master's rules to "move", to DO IT, and pray for victory and not an end to the slaughter. Pray for us to succeed for if we do succeed you will be safe. If we don't, then kiss the baby goodbye."

I have seen a good amount of feminine shade thrown at people disregarding the news cycle, and calling for survival at any cost. Some of this by well intentioned people, but with simply stale conservative prejudice for the unseemly and ungodly in their mind. The only ones worth mentioning are the South Africans who still think(or tell themselves) international media campaigns will someday shield them from reality when instead, they should be destroying the explicitly hostile states infrastructure after they get off work.

The truth is the enemy, the jew, the journalist, the race traitors have a much more brutal future in store for us than 'iron gates'.

Getting (((Tim Wise))) drunk would be a rosy window of the transgressions he will gleefully watch whitey endure. Secretly getting your kids to touch trannys at public libraries will seem weak compared to what they have in store for them a few years from here. If there is a political solution I am militantly against it and not just for the reason it simply kicks the can down the road, or it allows the enemy to simply walk back calls for our extermination, but because WE need this struggle  WE must show our will to survive.

The truth is all my words on this particular topic and our detractors are masturbatory at best. There are NO ARGUMENTS that are needed justify our existence, NO ONE we must "convince", NO NEED to justify the means. Either the White man fights with everything he has got to flip the table or he simply will be brutally destroyed.

The ends more than justify the means.

Hell, Revenge alone makes the means justified.

Hail Chaos .
Hail Holy Terror.
Hail The Saints.
Hail Victory.

21.    Terrorwave Refined was banned on Telegram in 2020, but the Terrorgram Collective persists on other Telegram channels, as does much of the content published on Terrorwave Refined. Mr. Althorpe's electronic devices contained multiple backups of Terrorwave Refined posts, as well as text documents containing lists of significant posts and commentary about Terrorwave Refined posts.

22.    Terrorgram has been proscribed as a terrorist organization in the United Kingdom since April 2024,[2] designated as a Specially Designated Global Terrorist group in the United States since January 2025,[3] and listed as a terrorist organization in Australia since February 2025.[4] Since its inception, Terrorgram has been an entity whose main purpose was the facilitation of terrorist activity.

23.    Mr. Althorpe admits that Terrorgram was, at all material times, a terrorist group within the meaning of s. 83.01(a) of the *Criminal Code*.

## 3. Mr. Althorpe was an active member of Atomwaffen Division, a terrorist group

24.    Mr. Althorpe was also an active member of AWD in Canada from approximately 2018 through to its dissolution in or around 2020/2021.

25.    AWD was an international, militant accelerationist, neo-Nazi terror group that called for acts of violence against racial, religious, and ethnic groups, as well as informants, police, and bureaucrats, to precipitate the collapse of society.

26.    One of the posts on Mr. Althorpe's Terrorwave Refined channel summarizes the history of AWD as follows:

> Mason[5] called for the creation of autonomous armed groups for terror, and in the event of global upheaval, these groups should seize power in the field, destroy infrastructure without which cities would not survive for a couple of weeks.
>
> The AWD basically followed the path of building such an organization, and from 2012 to 2017, they committed several murders, including a Jew and a member who appeared to be a traitor.

27.    AWD began to fracture and collapse in 2020 because of internal division. The FBI also arrested several AWD leaders in February 2020. AWD announced its disbandment in March 2020. Some of its members rebranded as the National Socialist Order (NSO),

---

[2]    Government of UK, "Proscribed terrorist organizations" (Available online: https://www.gov.uk/government/publications/proscribed-terror-groups-or-organisations--2/proscribed-terrorist-groups-or-organisations-accessible-version).

[3] US Department of State "Terrorist Designations of The Terrorgram Collective and Three Leaders" Fact Sheet (January 13, 2025) (Available online: https://2021-2025.state.gov/office-of-the-spokesperson/releases/2025/01/terrorist-designations-of-the-terrorgram-collective-and-three-leaders/).

[4]    Australian National Security, "Terrorgram" statement (Available online: https://www.nationalsecurity.gov.au/what-australia-is-doing/terrorist-organisations/listed-terrorist-organisations/terrorgram).

[5] James Mason is the author of the accelerationist book *Siege*. He is an American neo-Nazi and AWD leader. He, himself, is a listed terrorist entity in Canada since June 2021.

6

which announced itself online in July 2020. Then in February 2021, Canada listed both AWD and NSO as terrorist entities, effectively ending AWD's attempted resurgence.

28.     In his association with AWD, Mr. Althorpe used the names "Jack" and "Intolerance".

29.     In 2019, Mr. Althorpe had an AWD flag hung on the wall of his bedroom in his mother's basement. The four photographs below, all stored on Mr. Althorpe's hard drive, show the AWD flag hanging in the basement bedroom, a behind-the-scenes photo of someone holding the AWD flag during the filming of *Fission,* Mr. Althorpe in the same basement bedroom, and a screenshot of one of the AWD flags from *Fission*:



30.     Mr. Althorpe admits that AWD was, at all material times, a terrorist group within the meaning of s. 83.01(a) of the *Criminal Code*.

31.     Mr. Althorpe admits that, at all relevant times, he had knowledge of the nature and activities of AWD.

## C. MATTHEW ALTHORPE PARTICIPATED IN THE FILMING, PRODUCTION, AND PUBLICATION OF AWD PROPAGANDA AND RECRUITMENT VIDEOS

### 1. AWD propaganda and recruitment videos

32.     On October 10, 2019, the Terrorwave Refined Telegram channel announced that it would be "the official channel" for AWD to post content. The channel published and forwarded thousands of images, videos, and posts containing AWD propaganda, which remained on Terrorwave Refined until Telegram removed it in 2020.

 **T E R R O R W A V E   R E F I N E D** 10.10.2019 04:59:01  23:15

What is about to be posted is something never posted before in our circles. High end content that beats the shit out of anything previous of the type and leaves it dead on the ground.

Let this officially mark TERRORWAVE REFINED as the official channel for THE ATOMWAFFEN DIVISION to post content from now on. The beginning of an important partnership. Expect much more and than the 1-2 videos per year shot on a cellphone that we've seen in the past.

A note to whoever runs the AW videos archive here: if you wish to see more direct telegram uploads, forward off of us and don't reupload. This will retain more quality and we can note the views better.

 **T E R R O R W A V E   R E F I N E D** 10.10.2019 05:00:02  23:15



THE ATOMWAFFEN DIVISION - FISSION

33.     Between October and December 2019, three original AWD propaganda and recruitment videos were published on Terrorwave Refined:

    a)      *Fission: A Reckoning of Modernity*,

    b)      *Feuernacht*, and

    c)      *Galizien - Grey Zone*.

34.     ***Fission: A Reckoning of Modernity*** was uploaded on October 10, 2019. It is a 4-minute, 46-second video depicting eight armed men wearing skull masks, promoting AWD ideology, soliciting new recruits, and calling for extreme violence against racial minorities, police, government officials, and other groups. The following screenshots are taken from the video:



35.     During the video, a male narrator reads the following text, which is also displayed on screen:

> As the beginning of the end commences, <u>the Atomwaffen Division will find no rest.</u> We are the specters of the modern world and as such we will haunt modernity until its final destruction. <u>For the enemy, our message is quite clear, there'll be neither compromises nor half measures taken on our part to secure our race and a future for our children</u>.[6] We will vanquish the modern world in totality, without negotiation, without so called "morals", and without restraint. The Atomwaffen Division represents a manifestation of the national socialist worldview in its purest form. <u>We call forward all who are willing to descend, like a howling wolf, on the frail fold and rend limb from</u>

---

[6] "Secure our race and a future for our children" is a modification of "the Fourteen Words" – a white supremacist slogan coined by David Lane, who was a convicted member of the American terrorist organization, The Order. Lane was sentenced to 190 years in jail for his association with the murder of a Jewish radio talk show host, Alan Berg. The Fourteen Words, "We must secure the existence of our people and a future for white children", are a rallying cry for white supremacists and neo-Nazis.

limb those without the stomach to fight. The enemy has atomized our people. But we, like the atom, cannot be broken down any further, and we move forward, as an indivisible division and as a true atomic weapon. There will be no place far enough, no hole deep enough, no forest remote enough, to hide from our ever-encroaching terror. The Atomwaffen Division represents a new, ideological vanguard of the coming war. A war that no one will escape from. From the ashes of the kike[7] system, our new order shall emerge, all will kneel before our wrath, and tremble under our marching feet once again, join us, or perish with the rest! [Emphasis added.]

36.    The video ends with an invitation to join AWD. A recruitment email (awdrecruiting @ tutonota.com) appears, followed by the words "STAY TUNED SHOOTERS".

37.    Following the publication of *Fission* on Terrorwave Refined, James Mason and anonymous dark web AWD "leaders" disavowed any official connection between the videos and AWD.

38.    A post on Terrorwave Refined responded, "*the Atomwaffen division is just at the beginning of it's* [sic] *new resurgence, and no reactionary guard or greying orthodoxy will make us sip* [sic] *a beat as we march towards our ultimate destiny.*"

39.    On October 15, 2019, an article posted to Terrorwave Refined ended with instructions for starting an AWD terrorist cell:

Conclusions from AWD history are simple: take partisan tactics; create your own groups; arm yourself; Prepare to destabilize entire regions with a few platoons (which is real); don't be tempted to step out of the shadows and become a public leader until you have at least a regiment of fighters; terrorize, blow up, destroy traitors. And if you want to do it with an AWD chevron on your sleeve - then Welcome to the Club. [Emphasis added.]

### 2. Feuernacht

40.    ***Feuernacht*** was uploaded on November 9, 2019. The 43-second video was posted on Terrorwave Refined to "celebrate the 81st anniversary of Kristallnacht,"



---

[7] A derogatory word for Jews.

according to the accompanying post. The video contains similar imagery to *Fission*. Six men wearing skull masks are depicted around a fire, burning religious texts and a rainbow flag.

41.    The following text appears during the video: "BURN IT ALL, PURGE THE WEAK, JOIN THE DIVISION, PURE FUCKING NATIONAL SOCIALIST REVOLUTION NOW". The video ends with the statement "Atomwaffen Division: Feuernacht Start the Revolution" and the same recruitment email address that appeared in the *Fission* video.

### 3. *Galizien - Grey Zone*

42.    ***Galizien - Grey Zone*** was uploaded on December 10, 2019. It purported to be a "gift from the recently formed and formidable Ukrainian branch of the AWD." Portions of the video were filmed at a cement factory near Belleville, Ontario. It depicts men wearing the same white skull masks and carrying weapons engraved with the St. Michael's cross, a symbol adopted by white supremacists:

43.    The following text appears in English subtitles (the words are narrated in Ukrainian):



As the future of the Ukrainian race and the greater European race is in a freefall, we pledge our allegiance to the Atomwaffen division and say to you politicians who surrender our native land to the enemies and exploit our great race:

There will be no peace, as long as you remain. The veterans of ATO have bloodied their hands for the fat, treacherous bureaucrats and the Jewish snakes who control them. Now as we swell in numbers, we will see you squirm and tremble in fear as these bloodied hands you have created at last turn on you. We will storm your mansions, creating caskets from your dining tables, and tombstones of your bedposts. We national socialists alone possess the final solution[8] for the traitors of Ukraine and the rest of the world, and our division will burst forth like a roaring nuclear wind across the world, purifying it for generations to come.

Glory to Atomwaffen!

Glory to Heroes! [Emphasis added.]

44.    The video ends with an invitation to "Get the program. Create your cell. Start the revolution." It displays the same recruitment email address as the other two videos.



45.    True copies of all three videos are admitted and attached to this Agreed Statement of Facts as **Appendices B** (*Fission*), **C** (*Feuernacht*), and **D** (*Galizien - Grey Zone*).

46.    Mr. Althorpe had raw footage, unused footage, and early edits of *Fission* and *Galizien – Grey Zone* on his electronic devices, together with behind-the-scenes photos and unedited and edited versions of promotional material posted on Terrorwave Refined. For example, the following photo was taken with Mr. Althorpe's Samsung phone on December 10, 2019:

---

[8] The phrase "the final solution" is a reference to the "Final Solution of the Jewish Question", a euphemism used by Nazi Germany's leaders as code for the mass extermination of Jews.



47.    The same day, this edited photo was posted on Terrorwave Refined:



48.    Mr. Althorpe admits that by participating in the publication, promotion, and distribution of the AWD videos and propaganda, he facilitated terrorist activity by recruiting and motivating would-be terrorists to carry out terrorist activities, and he intended to do so, contrary to s. 83.19 of the *Criminal Code*.

## 4. Mr. Althorpe participated in filming the videos for the benefit of and in association with AWD

49.    In addition to publishing the AWD videos, Mr. Althorpe also participated in their filming.

50.    From July 11 to 16, 2019, Mr. Althorpe and other members of AWD filmed portions of *Fission* in Saint-Ferdinand, Quebec and the nearby ZEC[9] Batiscan.

---

[9] ZEC is an abbreviation of Zone d'exploitation contrôlée. ZECs are publicly owned land, managed by local non-profit organizations to conserve wildlife resources while making the forest accessible for public use.

51.     Among the eight shooters in the video, Mr. Althorpe is the one left-handed shooter.



52.     Mr. Althorpe's voice is audible in raw video footage from the part of the video recorded inside a building in Saint-Ferdinand.

53.     Mr. Althorpe retained raw videos and photographs from the filming of *Fission* and the other AWD videos.

54.     In the lead-up to the publication of *Fission,* teaser photographs were posted to Terrorwave Refined, including photographs that were taken during the filming of *Fission* but did not become part of the final video:





55.     Mr. Althorpe also incorporated some of the raw photographs into a series of publications on Terrorgram.

56.     Mr Althorpe admits that he knew that he was participating in the filming and production of the AWD videos for the purpose of enhancing the group's ability to facilitate or carry out terrorist activity and that the videos were in fact capable of enhancing the group's ability to carry out or facilitate terrorist activity, contrary to s. 83.18 of the *Criminal Code*

## 5. Mr. Althorpe wilfully promoted hated against identifiable groups for the benefit of and in association with AWD

57.     Mr. Althorpe admits that, through his participation in the promotion and distribution of the AWD videos and in the posts made on the Terrorwave Refined Telegram channels, he wilfully promoted hatred against identifiable groups, contrary to s. 319(2) of the *Criminal Code*, for the benefit of and in association with AWD, a terrorist group.

58.     The videos were publicly posted and contained imagery and statements that promoted hatred against Jewish persons, Muslim persons, and members of the LGBTQ+ communities. For example:

a)  In *Fission,* the participants burn an Israeli flag (as well as an American flag and a European Union flag); the narrator states that the New Order will rise "from the ashes of the Kike system".

b)  In *Feuernacht,* a video uploaded to celebrate the 81st anniversary of Kristallnacht, the participants burn a Pride flag, a copy of the Hebrew scriptures, and a copy of the Quran. A swastika appears as the participants perform "Sieg Heil" salutes. It invites viewers to "burn it all" and "purge the weak".



59.    Similar content was posted and reposted on the Terrorwave Refined Telegram channels:

       i)      On September 18, 2019, the following image was posted by Refined Private Archive:



ii)     In a September 22, 2020 post, Refined Private Archive posted: "Expelling the jew will work like an exorcism. …The jew will attack the weakest in our ranks first. It will exploit darkness lingering inside you. It will find the temptation and feed it. …. The jew will lie to us and try to confuse us. It will try to make us question ourselves and our every move. It will sow dissent within our ranks and attempt to defame our leaders. This is why we don't talk to it. We don't listen to it, reason with it, or negotiate. Last will come the clash. This is when the jew will mobilize all its subjects in a final show of violent intimidation. This is why we train our bodies and become proficient with our weapons. The last stage is expulsion. This will be the first time you witness true panic in the demon as it begins to accept defeat. This is when we bear down and finish the jew off. And that is when you'll see the clouds of a century long storm begin to part. And you will feel the true sun for the first time."

iii)     The next day, a post on Terrorwave Refined encouraged Polish readers to attack a gay pride parade: "Think about how much damage you could do to a crowd this big and this thick in a videogame. Don't consider only what you could do with small arms fire, but think about what you could do with explosives or even a simple chlorine-ammonia (chlorine gas) combination in some bottles. Think also about how you could blend in to the crowd easily in a videogame. From wish/amazon/aliexpress you would only need to spend around ten American dollars to get an Israel flag or fag flag, then blend in however you wish and leave your implements about. Even if you are caught in the long run, you would surely end up on the high score board for the videogame and it would be inevitably worth it. What will you do without your sacrifice? Put up some fliers, beat up a few fags, and vote? There is no political solution, and no solution other than violence against invading cultural forces."

iv)     In a February 12, 2020 post on Terrorwave Refined, the following comments were made about non-whites: "This race traitor (or maybe perhaps a jew) is right you know. Even if all the governments of the new world (USA, Canada, NZ, Australia) plus France, UK, Ireland, Germany, Spain, Italy, Sweden, Norway, Denmark, Finland, and probably more, all closed their borders entirely, the native whites would still get outbred by the muds that are currently within the gates. Many of you reading this already know what I am about to say, but some of you might be new here, so allow me to introduce you to THE GENOCIDE PILL. If we cannot win the race war by raising our demographics, and we cannot, then it stands to reason that we can only win the race war by decreasing and indeed eliminating the demographics of the invader races the jews have sent here to replace us."

60.     After Atomwaffen Division became a listed entity in Canada, Mr. Althorpe deleted AWD materials from his computer. The deleted files were recovered by the RCMP during the forensic extraction of his computer. He and other former members of AWD got rid of their AWD patches, flags, and other AWD-related materials.

# D. MATTHEW ALTHORPE PARTICIPATED IN THE WRITING, EDITING, PRODUCTION, AND PUBLICATION OF TERRORGRAM PROPAGANDA AND INSTRUCTION GUIDES

## 1. The Terrorgram Manifestos

61.     Between June 16, 2021 and July 14, 2022, the Terrorgram Collective released three manifestos:

   a)     *Militant Accelerationism: A Collective Handbook* (released on June 16, 2021 and attached as **Appendix E**),

   b)     *Do it for the 'Gram: The Collected Writings of Terrorgram* (released on December 16, 2021 and attached as **Appendix F)**, and

   c)     *The Hard Reset: A Terrorgram Production* (released on July 14, 2022 and attached as **Appendix G).** *The Hard Reset* referred to two upcoming publications: the *Saint Encyclopedia* and *The List*.

62.     The manifestos were published on various Terrorgram channels.

63.     The manifestos, attached as **Appendices E, F and G,** are true copies of what Mr. Althorpe produced.

64.     They are still available online, and they have been cited by at least five acts of terrorism, including those listed in the attached **Appendix H,** as demonstrated by references to the Terrorgram publications in the manifestos written by the terrorists.

65.     Mr. Althorpe compiled, edited, processed, arranged, and published the manifestos, in cooperation with Pavol Benadik (known on Terrorgram as "Slovakbro") and Dallas Humber (known on Terrorgram as "Miss Gorehound").[10] Mr. Althorpe also wrote some, but not all, of the content in each manifesto.

66.     Mr. Althorpe possessed two hard drives containing unpublished rough drafts of all three manifestos at various stages of editing, as well as photographs that formed the artwork for many of the pages. A rough draft of *The Hard Reset* was dated August 15, 2021, almost a year before it was published.

## 2. Militant Accelerationism

67.     **Militant Accelerationism** (released on June 16, 2021) is a 136-page document that advocates violent accelerationism, lone wolf terrorism, 3D printing of weapons, and

---

[10] Benadik has since been convicted of terrorism and sentenced in Slovakia. Humber has since pled guilty to federal charges in California and is awaiting sentence for her role in the Terrorgram Collective.

attacking critical infrastructure. The authors are listed by code names (Alpha, Bravo, Charlie, Delta, Kilo, Papa, November, Sierra, Uniform, and Whiskey).

68.    Mr. Althorpe wrote the sections attributed to Alpha and November and ran the design department.

69.    The posts attributed to Alpha and November are rabidly anti-Semitic and openly promote hate as a tool to further Terrorgram's accelerationist objectives:



*Militant Accelerationism*, p. 51

70.    The photograph in this passage of the manifesto is one of Mr. Althorpe, saved on his device:



Image of 3 skull-masked subjects (left subject believed to be Althorpe) (located on S1AR069_HD (top). Three photos located on S1AR037_HD1. (bottom). Althorpe wearing similar sunglasses (bottom left - 0000677_Carved.jpg), Althorpe wearing same ball cap (bottom centre - 0000911_Carved.jpg), subject believed to be Althorpe wearing a balaclava with a rune symbol (bottom right - 20180915_225045.jpg)

### 3. Do it for the 'Gram

71.    **Do it for the 'Gram** (released on December 16, 2021) is a 268-page collection of writings from various Terrorgram channels, including "[TWR] Terrorwave Refined/Redacted/Truth" (Mr. Althorpe's channels), "[3S] Slovak Siege Shack" (run by Benadik, the convicted Slovakian terrorist), and "Pine Tree Party" (another accelerationist eco-fascist group). Mr. Althorpe wrote the sections attributed to TWR. They advocate that readers commit acts of violence, incite fear in the public (which Mr. Althorpe, as TWR, calls "the real goal of Terror"), take extreme operational security measures, and join military, police, or government to learn from the inside:



**[TWR–WE ARE EVERYWHERE]**
An extremely intentional purpose of terror is to make people know that it can happen anywhere. To anyone. We want the common person to think about terror everywhere they go, to make them jump when a loud bang rings out. To run when people around them begin to run.

A bar, walmart, or garlic festival might seem like a funny place for some to have struck in the past, but they're places with loads of soft targets who could never expect this to happen. They're places that the common consumer would frequent.

After your Terror is complete, those you didn't get will think one thing when attending any kind of event: "If someone shot up a garlic festival, then they will shoot up anything."

**Figure 1 - Do it for the Gram, p. 167**



This fedposting is great and I love the community we have, but I hope none of you are just here for entertainment. You should all be learning new ways to disrupt the occupying enemy's operations within our lands.

Creativity means car tires, power lines, transformers, train tracks, sewage systems, water plants, fertilizer plants, animal feed plants, ports of entry/exit, and so on.

Devastation of even one of these things will bring Our Race closer to God/The One/The Golden Age.

**Figure 2 - Do it for the Gram, p. 259**

72.    By "fedposting," Mr. Althorpe meant online posts that suggested a conspiracy, plan, or intention to commit criminal activity. Since fedposting can be used by the federal government ("Feds") in a prosecution, it is sometimes used ironically to suggest that the members who posted it are actually federal agents trying to entrap the others.

### 4. The Hard Reset

73.     **The Hard Reset** (released on July 14, 2022) is 261 pages long and contains 182 passages. It purports to have been written by 100 authors. Like the first two manifestos, each passage is attributed to an author. Common themes in the manifesto are accelerationism, National Socialism, eco-fascism, and satanic ideology. The passages can be categorized as ideological reinforcement (justifying the beliefs), advocating violence (general calls for violence against identified targets), or tactical guidance (explicit guidance on how to conduct an attack).

74.     *The Hard Reset* places significantly more emphasis on advocating violence, tactical guidance, critical infrastructure sabotage, and calls for mass casualty attacks than did the previous manifestos. It proposes multiple targets to attack in North America, including 14 identifiable Canadian border crossings, which would further the overall goal of precipitating the downfall of society. In the passage entitled "A Division's Protocol", the reader is encouraged to follow the moral code and teachings of AWD and Mason when setting up and growing a cell of "revolutionaries".

75.     Mr. Althorpe wrote the passages attributed to Golf and November. These passages set out instructions for training and for attacking power lines, railways, agriculture, and people.

76.     In one passage attributed to Golf, Mr. Althorpe described three chemical compounds used in bombs and gun powder and wrote: "Chemistry is just one weapon to be employed against Jewish Elitists."

77.     The passages attributed to November explicitly invoke hate and terror:



Figure 3 - The Hard Reset, pp. 50-51

78.    *The Hard Reset* explains the motivation behind the violence it advocates: "The ideas in this book are more than justified considering what the enemy has already done to our people. To quote *Militant Accelerationism*: 'The ends more than justify the means'" (PDF p. 248). Similarly, the last page of the document ends with a call to lone-wolf attackers: "Influencing Minds Influencing Tomorrow's Lone-Wolf" (PDF p. 259).

### 5. *The Saint Encyclopedia* and *The List*

79.    On the back cover of *The Hard Reset*, Mr. Althorpe previewed upcoming Terrorgram publications already in the works, including the Saint Encyclopedia, a celebration of white nationalist mass murderers around the world, who were referred to as Saints by Terrorgram. Mr. Althorpe's hard drive was full of research on the Saints and draft cover art:



Mr. Althorpe had also been working on a Saint Calendar, marking the birthdays and "days of action" of white nationalist murderers.



80. The research for the Saint Encyclopedia became the basis of White Terror, Terrorgram's 24-minute documentary of gory celebration about the Saints and their atrocities, narrated by Humber. There is no evidence, however, that Mr. Althorpe was involved in compiling, editing, or publishing the video itself.

81. The List was another Terrorgram publication teased at the end of *The Hard Reset*. It was a list of public figures targeted for assassination, together with their home addresses in many cases. It is one of the grounds for Humber's recent guilty plea. There is no evidence, however, that Mr. Althorpe was involved in compiling, writing, or publishing The List.

## 6. Matthew Althorpe instructed others to carry out terrorist activities

82.    Mr. Althorpe admits that, through his participation in writing, editing, and producing the Terrorgram manifestos, he knowingly instructed unknown persons to carry out terrorist activities, contrary to s. 83.22 of the *Criminal Code*. The following examples are illustrative of the instruction contained in one of the manifestos, *The Hard Reset*:

a)  The *Hard Reset* begins by telling the readers that the "great collapse" is coming and that the vision set out in *The Hard Reset,* including "saboteur attacks on infrastructure", is the "<u>only way</u> forward for our people" (PDF p. 11).

b)  The P.R.A.Y. infographics set out explicit directions for attacking power lines, railways, agriculture, and "yuppies": "rip through a few plant at the same time… salt the lands, burn the fertilizer… pull the [yuppies] by their hair passed [sic] their Lexus and in to the road where you can waste no more than a cheap corrosive 7.62X39 round, dispensing of them at maximum efficiency" (PDF pp. 50-52).

c)  One passage tells readers that the only way they can ensure "True Justice" is to mete out punishment to politicians: "True Justice is best administered at three-thousand feet per second from five hundred yards away, or via a burning building with you nowhere to be found nearby" (PDF p. 58).

d)  Another passage directs readers to "use a mortar to strike them through a hole in the clouds" (PDF p. 62). This passage follows two pages of instructions on making "black powder", napalm, and thermite (PDF pp. 59-60).

e)  One passage tells readers, "Kill important people. Kill a lot of people. (Ideally both – it's possible with enough planning.).  Don't just strike – STRIKE WITH A PURPOSE. Strike the very heart and lifeblood of the System itself. Cause devastation so severe, it cannot be ignored. Inflict lasting damage that time won't heal" (PDF p. 64).

## 7. Matthew Althorpe counselled others to commit terrorism offences

83.    Similarly, Mr. Althorpe admits that, through his participation in writing, editing, and producing other passages in the Terrorgram manifestos, he counselled unknown persons to commit terrorism offences, contrary to s. 83.221 of the *Criminal Code*. The following examples are illustrative of the counselling contained in the manifestos:

a)  The first page of *Militant Accelerationism* declares that it was written to "pass the torch of terror" to the reader (PDF p. 2). A passage called "Ideas Man" encourages readers to call in false reports to law enforcement, only to ambush them when they arrive (PDF p. 30). It tells readers to "do something illegal" and to film it because "through your livestream you can sleep soundly knowing you have created 5 more for next season" (PDF p. 38).  Another post suggests readers imagine having a mortar on the bed of a truck with stolen plates in a metropolitan area, "killing people from a kilometer away".

b)  Mr. Althorpe's *Do it for the 'Gram* posts encourage readers to "go out into the night and (safely) pop off rounds at metropolitan areas" in order to make people feel "like things are coming to an absolute boil" (PDF p. 15); cut the power on a hot day so people "die by the millions" (PDF p. 38); to "get training, find your comrades, get armed" (PDF p. 76); and to "commit a large-scale crime such as arson or a shooting and then leave disease or virus laced items at the scene for detectives and investigators to find" (PDF p. 248). Although some of the posts are framed as stories ("I heard about a guy…") or as warnings ("don't do this as it would likely lead to the deaths of them"), the messages to readers are clear.

c)  *The Hard Reset* encourages readers to use car bombs because they are cheaper than overseas terrorist attacks (PDF p. 54).  *The Hard Reset* offers a host of options for readers to begin the "Hard Reset", including stabbing, shooting, lynching, and burning alive various groups of people (PDF p. 186).  It provides detailed guidance to those planning "to attack a large public event", concluding with "Have no doubt: You've. Got. This." (PDF p. 211).

## 8.  Matthew Althorpe advocated genocide and wilfully promoted hatred against identifiable groups in association with or for the benefit of Terrorgram

84.    Mr. Althorpe admits that passages in all three manifestos advocated genocide and incited hatred against identifiable groups, contrary to ss. 318(1) and 319(2) of the *Criminal Code.* Mr. Althorpe further admits that these passages were written, edited and published in association with and for the benefit of Terrorgram, a terrorist group, contrary to s. 83.2 of the *Criminal Code*. The following examples are illustrative of the wilful advocation of genocide and the wilful promotion of hatred in the Terrorgram manifestos:

a)  *Militant Accelerationism* contains a passage titled "Genocide Pill" that states: "if we cannot win the race war by raising our demographics and we cannot, then it stands to reason that we can only win the race war by decreasing and indeed eliminating the demographics of the invaders races…" (PDF p. 19).  Another is titled "Dead Jew" (PDF p. 20). Both passages are authored by Alpha (alleged to be Mr. Althorpe) and are only two examples of several anti-Semitic passages in the document.

b)  *Do it for the 'Gram* includes a passage that states, "the Tree of Life synagogue was a justified military target". The passage accuses the congregants of child sexual abuse and encourages killing Jewish persons (PDF p. 24). Another passage encourages readers to do more than "uproot [Jewish persons] and to erase their identity" (pdf p. 61). A passage by TWR advocates "putting down" Jewish persons (PDF p. 76).

c)  *The Hard Reset* includes many overtly anti-Semitic and racist passages that promote genocide of Jewish persons and incite hate against them and other identifiable groups. A small sampling includes the following passages:

a.  "There is a depraved Jew in your head and you must kill him"…"help others kill the jew in their heads after you kill the one in yours" (PDF p. 16).

b.  The passage includes pictures of what appear to be a mass grave with text written in support of the gas chambers in concentration camps (PDF p. 39).

c.  One passage proclaims that "we're going to be the instruments of [Adolf Hitler's] vision, faithfully carrying it out until our deaths, and we have neither camps nor patience for race traitors" (PDF p. 159).

d.  "The moral code of the AWD is simple: you have a moral… duty to engage in and win this revolution against the Zionist Occupational Government and all its various enablers…" (PDF p. 165).

e.  "There is only one reason why a white man should set foot inside a synagogue, mosque, sikh temple, [slur omitted] church, secular cult…to send white "converts" to hell with the rest" (PDF p. 205).

f.  "While I was reading this book, I felt an extreme urge to go to a gay nightclub and begin throwing bricks in all directions" (PDF p. 37).

g.  "I've been asked how my fedposting energy is always on 1488%, well here is my daily routine… 1. Wake the fuck up ready to annihilate Isreal…7. promote domestic terrorism on Telegram; 8. Denying the Holocaust for 2 hours straight…" (PDF p. 160).

h.  There is a page dedicated to the "Homosexual Plague" that advocates "violence – that is, accountability by force" as the "only way out of this hell" (PDF p. 195).

i.  A passage encourages "Whites" to work together to "harass alien invaders" and to burn "migrant shop and home".

j.  Another passage calls for the "total" death of Black persons and recommends that the reader "load your magazines, zero your scope, take a little road trip" (PDF p. 204).

k.  One page expresses hatred for persons of Indian descent (PDF p. 224).

# E. THE TERRORGRAM PUBLICATIONS HAVE INSPIRED MULTIPLE TERRORIST ATTACKS

85.    All three Terrorgram publications have been cited in manifestos published by multiple terrorists in the US, Europe, and South America at the time of their attacks.

26

Terrorgram and the manifestos have been cited as both inspiration and instructions for committing acts of terror.

86.    The first Terrorgram-inspired attack occurred on October 12, 2022, when Slovakian national Juraj Krajcik ambushed members of the LGBTQ community outside a bar in Bratislava, killing two people. Krajcik was found dead the next day. Krajcik authored and released a manifesto outlining his radicalization. In it, he recommended *Militant Accelerationism* and *The Hard Reset* to provide readers with a practical outline for "our resistance." On July 11, 2024, the FBI arrested Andrew Takhistov after he allegedly solicited an undercover agent to attack an electrical substation in New Jersey. Takhistov sent the agent instructions for carrying out the attack, including a copy of *The Hard Reset*. On August 12, 2024, Arda Küçükyetim was arrested after five people were stabbed at a mosque in Eskişehir, Turkiye. Just before the attack, the perpetrator released a manifesto and a folder containing PDFs of white supremacist and accelerationist texts, including the Terrorgram publications, describing them as "useful" to those who wanted to plan their own attacks.

87.    Several others have followed. They are summarized in the attached **Appendix H**.

## F. MATTHEW ALTHORPE TOOK HIS ACCELERATIONISM OFFLINE BY PARTICIPATING IN THE FILMING OF THE ATOMWAFFEN DIVISION VIDEOS AND THROUGH HIS "IRL" TRAINING WITH ACTIVE CLUB CANADA

88.    In May 2022, Benadik (Slovakbro) was arrested in Slovakia on terrorism charges. Mr. Althorpe took a screenshot of Slovakbro's status on Telegram, showing that he was not prolifically posting, as usual:



89.    Then on June 16, 2022, the RCMP executed warrants in Quebec in what headlines characterized as "a national security operation" targeting "a far-right affiliated group, which could be described as having neo-Nazi allegiance."

90.    One of the warrants was executed at the building in Saint-Ferdinand where Mr. Althorpe and other members of AWD had filmed the indoor night scenes of *Fission*. News articles showed images of the building.[11]



91.    That afternoon, Mr. Althorpe went to Factory Direct and bought a new phone and asked the salesperson to perform a factory reset on it.

92.    Two weeks later, on July 3, 2022, Mr. Althorpe went back to Factory Direct and bought a new laptop.

93.    Around the same time, Mr. Althorpe stepped away from Terrorgram. Terrorgram continued after his departure.

94.    Afterward, Mr. Althorpe refocused his attention from promoting accelerationism online to promoting it "IRL," as the leader of his own neo-Nazi cell and as a leader of Active Club, a neo-Nazi "fight club", with other former members of AWD.

95.    Following the prescription of an article posted to Terrorwave Refined to "take partisan tactics; create your own groups; arm yourself; Prepare to destabilize entire regions with a few platoons (which is real); don't be tempted to step out of the shadows and become a public leader until you have at least a regiment of fighters", Mr. Althorpe

---

[11]    RCMP conduct raids in central Quebec targeting AWD neo-Nazi group CBC News: https://www.cbc.ca/news/canada/montreal/quebec-raid-atomwaffen-division-neo-nazi-group-1.6491005
Posted: Jun 16, 2022, 12:54 PM EDT

recruited a small group of neo-Nazis from the Hamilton-St. Catherines-Niagara areas and trained them as a militia.

96.    Mr. Althorpe had been doing so since 2019, as he revealed on October 3, 2019 in a conversation with another user in a chat on the CiBullyBoysAlley Terrorgram channel. He asked the other user, "A bunch of people on their farms way off wherever are gonna take down a multinational banking and media cabal of Jews? You might make more future warriors but don't act like you're single handedly doing it." The other user answered, "I'm unironically thinking Nazi fight clubs are the only way to settle these issues." Mr. Althorpe responded, "I do this irl."

97.    In June 2022, while the RCMP were executing the warrants in Quebec, Mr. Althorpe was leading small groups of men on frequent weighted hikes in wooded areas around the Bruce Trail. He continued to lead these hikes throughout that summer.



98.     Mr. Althorpe also helped organize meetings in parks and athletic fields to train in mixed martial arts.



**Figure 4 - July 10, 2022, surveillance photo**

99.     Mr. Althorpe took photographs and videos of the marches and training, which he used in online recruiting for Active Club Canada.

### 1. Active Club Canada

100.    On August 18, 2021, Active Club Canada created a new Telegram channel: <<Action 14>>. A month later it changed the channel's photo to the Active Club Network's logo. Then on October 12, 2021, the channel posted, "Active club Ontario has been organizing and training hard, stay tuned for more nationwide content. White unity at every opportunity!" The post contained a 1 minute, 12 second video showing 13 men training, nearly all in skull masks.

101.    Mr. Althorpe had administrative access to Active Club's Telegram channel. He monitored its growth and followers and received and edited photographs from other administrators and members. He saved these screenshots on his hard drive:



102.    On January 17, 2022, Active Club Canada's Telegram channel posted a photograph of masked men camping in the winter. Mr. Althorpe took this photograph and other unused images on the same date, and they were stored on his cell phone storage card. The message associated with the photograph said,

> Active Club Canada participants don't need electricity, solid structures, or even tents to survive in minus double digit Canadian winter. Get active! Join your local Canadian Active Club!
>
> Join the chat and get vetted -> https://t.me/ActiveClubCanadaChat

31



103.  On February 14, 2022, Active Club Canada posted images of masked men, some in Siege masks, polar dipping. Mr. Althorpe is the man in the green full head mask.



104.    This photograph and similar unused photographs from that day were saved on Mr. Althorpe's cell phone storage card, including one of him unmasked beside a masked man raising his arm in a Nazi salute.



105.    On September 9 and 10, 2022, Mr. Althorpe attended a gathering of Active Club members from across Canada, including two other former members of AWD who participated in the recording of *Fission*.



33

106.    On June 16, 2023, Mr. Althorpe attended another national gathering of Active Club with several other former members of AWD who participated in *Fission*, including Patrick Macdonald (AKA Dark Foreigner, who was recently convicted in Ottawa for terrorism offences). Mr. Althorpe helped direct the recording of the gathering, and his camera was used to record videos of the event, which he stored on his computer.



Dated this _____ day of _____, 2025

_____

Matthew Althorpe

_____

Witness

34

☐ IPV (Intimate Partner   *Violence contre un*        ☐ Replacement Information / *Dénonciation de remplacement*
Violence /                 *partenaire intime)*

☐ S (Impaired driving with substances / *Conduite avec capacités affaiblies par des substances)*   ☐ V (Vessel / *Bateau)*

4810-998-23 48/20168-01-02

Information Number / N° de la dénonciation

☐ Non-Disclosure Order Pursuant to s. 486.31          ☐ Publication ban pursuant to
*Ordonnance de non-divulgation, art. 486.31*              *Interdiction de publication en vertu de*

☐ Non-communication s. 515(12) & 516(2)               ☐ Provisions of 530(3) complied with
*Non-communication, par. 515(12) et 516(2)*               *Dispositions du par. 530(3) observées*

**Form 2 Information / Formule 2 Dénonciation**

Sections 506, 508.1 and 788 of the Criminal Code / *Articles 506, 508.1 et 788 du Code criminel*

| | |
|---|---|
| CANADA | Information of:   **Constable  Tristan Gamman** |
| PROVINCE OF ONTARIO | *Dénonciation de :* |
| *PROVINCE DE L'ONTARIO* | of   the City of Toronto in the Province of Ontario        **Peace Officer** |
| Toronto | *de*                                                     *(occupation / profession)* |
| *(Region / Région)* | |

hereinafter called the informant / *ci-après appelé(e) le dénonciateur*

The informant says that he/she believes on reasonable grounds that

*Le dénonciateur déclare qu'il a des motifs raisonnables de croire que*

**ALTHORPE, Matthew Albert,**

**NIPPAK, Kristoffer Erik**

Accused (Last Name, First Name, Middle Name) /          *(Address / adresse)*                    *(Birth Date dd/mm/yy/*
*accusé (nom, prénom, deuxième nom)*                                                              *Date de naissance jj/mm/aa)*

(Enter charges here / *Insérer des accusations ici)* :

1.      Between on or about April 1, 2018 and December 31, 2019, in Saint-Ferdinand, Québec and elsewhere in the province of Québec, in Belleville, Ontario, in Toronto, Ontario, in Fort Erie, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe and Kristoffer Erik Nippak knowingly participated in or contributed to an activity of a terrorist group, namely the Atomwaffen Division and persons describing themselves as the Atomwaffen Division, directly or indirectly, for the purpose of enhancing the ability of any terrorist group to facilitate or carry out a terrorist activity, to wit: participated in the filming or production of videos and other images, thereby committing an indictable offence contrary to section 83.18(1) of the Criminal Code.

2.      Between on or about April 1, 2018 and December 31, 2019, in Fort Erie, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe knowingly facilitated a terrorist activity, to wit: participated in the production or publication of videos and images, thereby committing an indictable offence contrary to section 83.19(1) of the Criminal Code.

3.      Between on or about  April 1, 2018 and December 31, 2019, in Fort Erie, Ontario and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe committed an indictable offence for the benefit of, at the direction of or in association with one or more terrorist groups, namely the Atomwaffen Division and persons describing themselves as the Atomwaffen Division, to wit: communicated statements that wilfully promoted hatred against identifiable groups contrary to section 319(2) of the Criminal Code, thereby committing an indictable offence contrary to section 83.2 of the Criminal Code.

4.      Between on or about January 1, 2021 and December 31, 2022, in Fort Erie, Ontario, Thorold, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe knowingly facilitated a terrorist activity to wit: participated in the production or publication of TERRORGRAM publications, thereby committing an indictable offence contrary to section 83.19(1) of the Criminal Code.

5.      Between on or about January 1, 2021 and December 31, 2022, in Fort Erie, Ontario, Thorold, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe, by writing, producing and publishing TERRORGRAM publications, knowingly instructed a person to carry out a terrorist activity, thereby committing an indictable offence contrary to section 83.22 of the Criminal Code.

6.      Between on or about January 1, 2021 and December 31, 2022, in Fort Erie, Ontario, Thorold, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert ALTHORPE, by writing, producing and publishing TERRORGRAM publications, counselled a person to commit a terrorism offence, thereby committing an indictable offence contrary to section 83.221 of the Criminal Code.

CCO-2-000-1-C-e (rev. 10/20)                    This document has been digitally signed / *Ce document a été signé numériquement.*

7.  Between on or about January 1, 2021 and December 31, 2022, in Fort Erie, Ontario, Thorold, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe committed an indictable offence for the benefit of, at the direction of or in association with one or more terrorist groups, namely the TERRORGRAM Collective, to wit: communicated statements that willfully promoted hatred against identifiable groups contrary to section 319(2) of the Criminal Code, thereby committing an indictable offence contrary to section 83.2 of the Criminal Code.

8.  Between on or about January 1, 2021 and December 31, 2022, in Fort Erie, Ontario, Thorold, Ontario, and elsewhere in the province of Ontario, and elsewhere in Canada and the world, Matthew Albert Althorpe committed an indictable offence for the benefit of, at the direction of or in association with one or more terrorist groups, namely the TERRORGRAM Collective, to wit: advocated or promoted genocide contrary to section 318(1) of the Criminal Code, thereby committing an indictable offence contrary to section 83.2 of the Criminal Code.

## Declaration of Informant / *Déclaration du dénonciateur*

I declare that all matters contained in the Information are true to my knowledge and belief, pursuant to s. 508.1(2) of the *Criminal Code*.
*Je soussigné(e) déclare tous les renseignements contenus dans la présente dénonciation sont, à ma connaissance, véridiques, en vertu de par. 508.1(2) du Code criminel.*

| Dated at<br>*Fait à(au)* | the City of Toronto | in the Province of Ontario, this _____<br>*dans le province d'Ontario, ce* | day of **December**<br>*jour de* | , 20 **23** |

> Declared / *Déclaré*
>
> Gamman,Tristan Todd,000312650    Digitally signed by Gamman,Tristan Todd,000312650
> Date: 2023.12.05 08:23:02 -05'00'

Digital Signature of Informant / *Signature numérique du dénonciateur*

**SUPERIOR COURT OF JUSTICE**

**(Toronto Region)**

B E T W E E N:

**HIS MAJESTY THE KING**

– and –

**MATTHEW ALTHORPE**

---

**APPENDIX H TO THE AGREED FACTS**

**FOR GUILTY PLEA AND SENTENCING**

---

# A. INCIDENTS INSPIRED BY THE TERRORGRAM COLLECTIVE PUBLICATIONS

1. At least six attacks on or plots to attack people or critical infrastructure have been inspired by Terrorgram Collective publications:

   a. On October 12, 2022, Juraj Krajcik opened fire outside a LGBTQ bar in Bratislava Slovakia, killing two people before killing himself. Krajcik released a manifesto, in which he thanked the Terrorgram Collective and recommended Terrorgram publications to his readers.[1]

   b. In November 2022, a 16-year-old killed four people and wounded 12 in an attack that Brazilian authorities have linked to the influence of Terrorgram.[2]

---

[1] News article: https://www.pbs.org/wgbh/frontline/article/terrorgram-collective-bratislava-murders/; Journal article: https://www.researchgate.net/publication/369618635_Terrorgram's_First_Saint_Analyzing_Accelerationist_Terrorism_in_Bratislava

[2] GNET Report: Terrorgram and Youth Radicalisation: Understanding Brazil's Online Extremist Landscape – GNET; News article: Police: Brazil school shooter wore swastika, planned attack | AP News; News article: Brazilian Judge Bans Telegram App Amid School Attacks Inquiry - The New York Times

c.  On July 11, 2024, the FBI arrested Andrew Takshitov after he allegedly solicited an undercover agent to attack an electrical substation in New Jersey. Takshitov sent the agent instructions for carrying out the attack, including a copy of *The Hard Reset*.[3]

d.  On August 12, 2024, Arda Küçükyetim was arrested after five people were stabbed at a mosque in Eskişehir, Turkiye.  Just before the attack, the perpetrator released a manifesto and a folder containing PDFs of white supremacist and accelerationist texts, including the Terrorgram publications, describing them as "useful" to those who wanted to plan their own attacks.[4]

e.  On November 4, 2024, Skylar Phillipi was charged with attempting to attack a Nashville, Tennessee energy system with an explosives-laded drone to further accelerationist ideology.  Phillipi, a former Atomwaffen Division member, communicated his plans to undercover agent, telling them his plans to attack power grids were inspired in part by Terrorgram. Phillipi wrote a manifesto, containing quotes from the Terrorgram materials.[5]

f.  On January 25, 2025, a 17-year-old in Nashville, Tennessee opened fire on students in the cafeteria of Antioch High School, killing one and injuring another before taking his own life. The attacker left a manifesto that included quotes from and express references to the Terrorgram publications, including *DO IT FOR THE 'GRAM, Militant Accelerationism,* and *The Hard Reset.*[6]

---

[3] US DOJ Press release: https://www.justice.gov/archives/opa/pr/new-jersey-man-charged-soliciting-destruction-energy-facilities; Criminal Complaint: takhistov.complaint_0.pdf

[4] News article: https://www.bbc.com/news/articles/c24p7mgp2d6o; ADL report: https://www.adl.org/resources/article/turkey-attacker-inspired-accelerationism-and-mass-killers-manifesto-shows

[5] US DOJ Press Release: Office of Public Affairs | Man Arrested and Charged with Attempting to Use a Weapon of Mass Destruction and to Destroy an Energy Facility in Nashville | United States Department of Justice; Criminal Complaint: https://www.justice.gov/archives/opa/media/1376071/dl?inline

[6] ADL Article : https://www.adl.org/resources/article/antioch-tenn-shooter-inspired-broad-extremist-beliefs-and-previous-mass-killers