HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
NOA EVA OREN, Bar No. 297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
DALLAS ERIN HUMBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DALLAS HUMBER, <br><br> Defendant. | Case No. 2:24-CR-00257-DJC <br><br> **DEFENSE SUPPLEMENTAL SENTENCING MEMORANDUM EXHIBIT C** <br><br> Date: December 5, 2025 <br> Time: 9:30 A.M. <br> Judge: Hon. Dena Coggins |

Defendant Dallas Erin Humber submits this supplemental sentencing memorandum exhibit for the Court's consideration prior to accepting her plea and imposing sentence in the above case. Exhibit C is a letter from Captain Bob Jakobs, Jail Commander from the Nevada County Sheriff's Office, on behalf of Dallas Humber regarding her exemplary behavior while incarcerated at the Wayne Brown Correctional Facility.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2025         /s/ *Noa Oren*
                               NOA OREN
                               Assistant Federal Defender
                               Attorney for Defendant
                               Dallas Erin Humber