# EXHIBIT C



# NEVADA COUNTY SHERIFF'S OFFICE

## SHANNAN MOON
### Sheriff/Coroner
### Public Administrator

---

DATE:       December 1, 2025

TO:         Whom it may concern

FROM:       Captain Bob Jakobs
            Jail Commander - NCSO

SUBJECT:    IP Humber, Dallas – Reference Letter

To whom it may concern,

Incarcerated Person Dallas Humber has been incarcerated at the Wayne Brown Correctional Facility since November 27th, 2024.

To date, Humber has not been the subject of any disciplinary write-ups or related proceedings at our facility.

Since May of this year, Humber has served as a Housing Unit Orderly. During her time as orderly, she has assisted with facilitating all meal services in her housing unit and is responsible for cleaning the dayrooms after every meal. Additionally, Humber routinely cleans the microwaves, bathrooms and showers and will mop and vacuum the dayrooms as necessary. Periodically, Humber will be asked to clean individual cells if they fall into an unsanitary condition and the occupant(s) of those cells are unwilling or incapable of performing the cleaning duties themselves. Oftentimes cleaning individual cells involves cleaning up a variety of human waste and is clearly not a pleasant experience.

Our records indicate that throughout the duration of Ms. Humber's assignment as orderly, she has never called out sick for work.

In speaking with my staff, they've described Ms. Humber as having a good attitude, being dependable, respectful, helpful, and that she's currently one of the most reliable orderlies.

Cleanliness of any corrections facility is a top priority in that it directly impacts health, safety, inmate behavior, and legal compliance. Without proper sanitation, disease spreads quickly, morale of the incarcerated population and our staff decline, and agencies risk lawsuits and/or regulatory violations. As Jail Commander, I appreciate Ms. Humber's willingness to help my staff keep our facility clean and to take on tasks other inmates aren't always willing to do.

*[signature]*

Captain Bob Jakobs
Nevada County Jail Commander