ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

     United States Attorney's Office
     501 I Street, Suite 10-100
     Sacramento, CA. 95814
     Telephone:  (916) 554-2700

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel

     U.S. Department of Justice
     950 Pennsylvania Avenue NW
     Washington, DC 20530
     Telephone:  (202) 514-3847

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

     U.S. Department of Justice
     950 Pennsylvania Avenue NW
     Washington, DC 20530
     Telephone:  (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00257-DC |
| Plaintiff, | NOTICE OF *EX PARTE, IN CAMERA* FILINGS |
| v. | |
| MATTHEW ROBERT ALLISON, | |
| Defendant. | |

Notice of *Ex Parte, In Camera* Filings

1

The United States of America, by its undersigned attorneys, hereby gives Notice that on April 3, 2026, the Government's Classified *Ex Parte, In Camera* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Rule 16(d)(1) of the Federal Rules of Criminal Procedure was filed under seal with the court pursuant to Title 18, United States Code Appendix, Section 4 and Federal Rules of Criminal Procedure 16(d)(1) with the Classified Information Security Officer ("CISO").  Additionally, on April 3, 2026, the Government's Classified *Ex Parte, In Camera* Response to Defendant's Motion to Compel Notice of the Government's Intent to use or Disclose Information or Derived from Surveillance Conducted Pursuant to Section 702 of the Foreign Intelligence Surveillance Act ("FISA") was filed with the court with a request to seal pursuant Fed. R. Crim. P. 49, 49.1 and United States District Court for the Eastern District of California Local Rule 141.

Dated: April 3, 2026.

| | | |
|---|---|---|
| ERIC GRANT | HARMEET K. DHILLON | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General | Assistant Attorney General |
| Eastern District of California | Civil Rights Division | National Security Division |
| | | |
| /s/ *Robert Abendroth* | /s/ *Christopher J. Perras* | /s/ *Patrick Cashman* |
| ROBERT ABENDROTH | CHRISTOPHER J. PERRAS | PATRICK CASHMAN |
| Assistant U.S. Attorney | Special Litigation Counsel | Trial Attorney |